CAUSE NO. 2013-116

| | | |
|---|---|---|
| STEVEN BROWN | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 402nd JUDICIAL DISTRICT |
| | § | |
| TIM JACKSON CONSTRUCTION | § | |
| CO., INC. d/b/a JACKSON | § | |
| CONSTRUCTION CO. and JACK | § | |
| YATES DRYWALL, INC. | § | WOOD COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/16/2015 4:06:31 PM
DEBBIE AUTREY
Clerk

## PLAINTIFF'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 25.1 of the Texas Rules of Appellate Procedure, Plaintiff gives notice of his desire to appeal to the Court of Appeals for the Sixth Court of Appeals District of Texas, at Texarkana, Texas, from a judgment granting Defendant's No-Evidence Motion for Summary Judgment. The Trial Court's Order was signed on March 17, 2015.

Plaintiff has provided a copy of this Notice to the Sixth Court of Appeals.

Respectfully submitted,

THE TURNER FIRM
2215 Westgate Plaza
Grapevine, Texas 76051
Ph. 214-999-0550
Fax. 214-999-0551

By: _____
TODD TURNER
State Bar No. 24029873
Email: tturner@peavlergroup.com
ATTORNEYS FOR PLAINTIFF

1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was delivered, pursuant to Rule21a, T.R.C.P. to all counsel of record as shown below:

Mr. Preston McGee
FLOWERS & DAVIS, PLLC
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701

This _10_ day of _April_, 2015.

Todd Turner

2